IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PEGGY STALLINGS     PLAINTIFF

v.     CASE NO. 5:19-CV-00212 BSM

CITY OF RISON     DEFENDANT

## ORDER

Pursuant to plaintiff's unopposed motion to dismiss, this case is dismissed without prejudice. *See* Fed. R. Civ. P. 41.

IT IS SO ORDERED this 1st day of October 2019.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE