IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PEGGY STALLINGS                                                                              PLAINTIFF

v.                         CASE NO. 5:19-CV-00212 BSM

CITY OF RISON                                                                                DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of October 2019.

_____
UNITED STATES DISTRICT JUDGE